IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORENZO DAVILA-RODRIGUEZ, | ) | |
| Petitioner/Defendant, | ) | |
| vs. | ) | CIVIL NO. 08-174-GPM |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 02-30081-03-GPM |
| Respondent/Plaintiff. | ) | |

## JUDGMENT IN A CIVIL CASE

This action was heard by District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner, Lorenzo Davila-Rodriguez, shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 6/26/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
    G. Patrick Murphy
    United States District Judge